FILED

2019 JUL -9 PM 12:26

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ISHMELL UPSHAW

CASE NO. 8:19 cr 283 T17 JSS
18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

**INDICTMENT**

The Grand Jury charges:

**INTRODUCTION**

At all times material to this Indictment, 7-Eleven, with a store located at 7401 East Broadway Avenue, Tampa, Florida 33619, among other places, was an entity that operated in and affected interstate commerce.

**COUNT ONE**

Beginning on an unknown date, which was no later than on or about June 15, 2018, and continuing until on or about June 15, 2018, in the Middle District of Florida, the defendant,

ISHMELL UPSHAW,

did conspire, confederate, and agree with others known and unknown to the Grand Jury, to knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery—

specifically, by unlawfully taking and obtaining property belonging to 7-Eleven, in the presence of other individuals, that is, employees of 7-Eleven, and against their will by means of actual and threatened force, physical violence, and fear of injury, immediate and future, to their persons.

In violation of 18 U.S.C. § 1951(a).

**COUNT TWO**

On or about June 15, 2018, in the Middle District of Florida, the defendant,

ISHMELL UPSHAW,

while aiding and abetting other persons, known and unknown to the Grand Jury, did knowingly in any way and degree obstruct, delay, and affect commerce as that term is defined in 18 U.S.C. § 1951(b)(3), and the movement of any article and commodity in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), that is, by knowingly and unlawfully taking and obtaining property belonging to the 7-Eleven store located at 7401 East Broadway Avenue, Tampa, Florida 33619, consisting of United States currency belonging to 7-Eleven, from the person and in the presence of another individual, that is, an employee of 7-Eleven, and against the employee's will, by means of actual and threatened force, physical violence, and fear of injury, immediate and future, to the employee's person.

In violation of 18 U.S.C. §§ 1951(a) and (b), and 2.

**COUNT THREE**

On or about June 15, 2018, in the Middle District of Florida, the defendant,

ISHMELL UPSHAW,

did knowingly use, carry, and brandish a firearm during and in relation to a violation of 18 U.S.C. § 1951, as alleged in Count Two of this Indictment, being incorporated by reference, a crime of violence for which the defendant may be prosecuted in a Court of the United States, and did knowingly possess a firearm in furtherance of such crime.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

**COUNT FOUR**

From an unknown date no later than on or about June 15, 2018, and continuing until and including on or about June 15, 2018, in the Middle District of Florida, the defendant,

ISHMELL UPSHAW,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Burglary of an Unoccupied Conveyance**, on or about April 28, 2010;
2. **Armed Burglary of a Structure**, on or about April 28, 2010;

3. **Possession of Marijuana with Intent to Sell**, on or about July 19, 2012;

4. **Felon in Possession of a Firearm or Ammunition**, on or about May 8, 2018;

5. **Possession of Cocaine**, on or about April 29, 2019; and

6. **Smuggling Contraband into a Detention Facility**, on or about April 29, 2019;

did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit: a Hi-Point, model JHP, .45 caliber semi-automatic pistol, and fourteen rounds of Federal .45 caliber ammunition.

All in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.

## FORFEITURE

1. The allegations contained in Counts One through Four are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d) and 981(a)(1)(C), as well as 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 922(g) or 18 U.S.C. § 924(c), the defendant, ISHMELL UPSHAW, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of the violation of 18 U.S.C. § 1951(a), the defendant, ISHMELL UPSHAW, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense and, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms involved in the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:

Michael M. Gordon
Assistant United States Attorney

By:

Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
July 19

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ISHMELL UPSHAW

**INDICTMENT**

Violations: 18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

A true bill,

______________________________
Foreperson

Filed in open court this 9th day

of July, 2019.

______________________________
Clerk

Bail $____________________